pd. filing fee

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Benjamin Ballout, Pro se

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 4:25-cv-12433
Assigned To : Kumar, Shalina D.
Referral Judge: Patti, Anthony P.
Assign. Date : 8/6/2025
BALLOUT V. RADIO FREE EUROPE/RADIO LIBERTY, INC. (CMP)(CMC)

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

v.

Radio Free Europe/Radio Liberty

Todd Prince,

U.S. Agency for global media (USAGM)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I. **The Parties to This Complaint**

    A.   **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name: Benjamin Ballout
        Street Address: 45429 Brunswick Dr
        City and County: Canton - Wayne
        State and Zip Code: MI. 48187
        Telephone Number: 734 352 0052
        E-mail Address: ata4444@aol.com

    B.   **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

        Defendant No. 1

        Name: Radio Free Europe
        Job or Title (if known): Corporation
        Street Address: 1201 Connecticut Ave NW
        City and County: Washington
        State and Zip Code: DC 20036
        Telephone Number:
        E-mail Address (if known):

        Defendant No. 2

        Name: Todd Prince
        Job or Title (if known): Journalist
        Street Address: 1201 Connecticut Ave NW
        City and County: Washington
        State and Zip Code: DC 20036
        Telephone Number:
        E-mail Address (if known):


MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name: U S Agency for Global media (USAGM)
Job or Title (if known):
Street Address: 330 independence Ave SW
City and County: Washington, DC, 20237
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: U.S. Attorney's Office
Job or Title (if known):
Street Address: 211 W. Fort St.
City and County: Detroit MI 48226
State and Zip Code: and
Telephone Number: U.S. Attorney General
E-mail Address (if known): 950 Pennsylvania Ave NW Washington DC 20530

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question (28 U.S.C. § 1331)   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Benjamin Ballout,
       is a citizen of the State of *(name)* Michigan USA.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____,
       is incorporated under the laws of the State of *(name)*
       _____, and has its principal place of business in the
       State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Todd Prince, is a citizen of the
       State of *(name)* Virginia - USA. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation
       The defendant, *(name)* Radio Free Europe, is incorporated
       under the laws of the State of *(name)* Washington - D.C., and
       has its principal place of business in the State of *(name)*
       Washington DC. Or is incorporated under the laws of
       *(foreign nation)* _____, and has its principal place
       of business in *(name)* Radio Free Europe

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Compensatory damages in the Amount of $50,000,000 for Lost Business, reputational harm, and emotional Distress, punitive Damages Due to malice & gross misconduct. & any other

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1- In 2021, RFE/RL, through reporter Todd Prince, published articles that intentionally mischaracterized Plaintiff's business activities, particularly in Ukraine, USA, & falsely associated him with alleged securities fraud, despite no conviction, indictment, or Final Finding by any court or administrative body.

2- RFE/RL is Fully Funded by The U.S. Government through USAGM, which, according to public records & Congressional hearings, has employed former CIA & State Department operatives. ---- "(Please see Statements of facts)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1 - Grant a preliminary & permanent injunction compelling RFE/RL to Remove or Retract defamatory content published about Plaintiff;

2 - ORDER a public correction & Disclaimer be issued on the RFE/RL website & syndicated platforms

3 - REFER the matter to the DOJ & USAGM inspector General for investigation into Smith-Mundt Act & Funding violations;

4 - Award any further relief deemed appropriate by this Honorable Court.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 6th, 20 25.

Signature of Plaintiff  _____

Printed Name of Plaintiff  Benjamin B albout

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

**PURSUANT TO LOCAL RULE 83.11**

1.     Is this a case that has been previously dismissed?      ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes: _____

JS 44 (Rev. 02/19)     **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
45429 Brunswick Dr. Canton MI

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
County of Residence of First Listed Defendant: out of state
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION
(not marked)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State — DEF 4 marked (Incorporated or Principal Place of Business In This State)
Citizen of Another State — DEF 5 marked
Citizen or Subject of a Foreign Country — DEF 6 marked

### IV. NATURE OF SUIT
**320 Assault, Libel & Slander** — marked (with handwritten "Defamation")

### V. ORIGIN
(not marked)

### VI. CAUSE OF ACTION
(blank)

### VII. REQUESTED IN COMPLAINT:
JURY DEMAND: No (checked)

### VIII. RELATED CASE(S) IF ANY
(blank)

DATE: (blank)    SIGNATURE OF ATTORNEY OF RECORD: (blank)

FOR OFFICE USE ONLY
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE