UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN BALLOUT,

        Plaintiff,

v.

RADIO FREE EUROPE
CORPORATION,
TODD PRINCE, and
UNITED STATES AGENCY FOR
GLOBAL MEDIA,

        Defendants.
_____/

Case No. 4:25-cv-12433

District Judge Shalina D. Kumar
Magistrate Judge Anthony P. Patti

### ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO REINSTATE REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT TODD PRINCE (ECF No. 51)

Judge Kumar has referred this case for pretrial matters. On November 19, 2025, multiple default-related items were docketed, beginning with Plaintiff's request (ECF No. 47) for Clerk's entry of default as to Defendants RadioFreeEurope RadioLiberty (RFERL) and Todd Prince. The Clerk of the Court promptly entered default as to RFERL (ECF No. 48) but denied the request as to Prince (ECF No. 49). Plaintiff then renewed his request for Clerk's entry of default as to Prince (ECF No. 50), and the Clerk entered default as to Prince on November 20, 2025 (ECF No. 53).

1

Meanwhile, Plaintiff had also filed a *motion* to reinstate request for Clerk's entry of default against Prince (ECF No. 51), which asks the Court to direct the Clerk of the Court to enter default pursuant to Fed. R. Civ. P. 55(a) (ECF No. 51, PageID.490 ¶ 2). Upon consideration, this motion (ECF No. 51) is **DENIED AS MOOT**, considering default has already been entered as to Prince (*see* ECF No. 53).

Finally, Plaintiff's motion for default judgment as to Defendant RFERL (ECF No. 52), which was also filed on November 19, 2025, will be addressed under separate cover at some point in the future.

**IT IS SO ORDERED.**[1]

Dated:  November 21, 2025

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

2